**Kimberly SIMON, Plaintiff–Appellant**

v.

**SCHLUMBERGER TECHNOLOGY CORPORATION, Defendant–Appellee.**

No. 15–30675.

United States Court of Appeals, Fifth Circuit.

Feb. 5, 2016.

Gregory J. Miller, Miller, Hampton, & Hilgendorf, Baton Rouge, LA, for Plaintiff–Appellant.

---

Rachel E. Linzy, Esq., Samuel Zurik, III, Attorney, Kullman Firm, New Orleans, LA, Josh Chandler Harrison, Esq., Kullman Firm, Birmingham, AL, Defendant–Appellee.

Before CLEMENT, GRAVES, and COSTA, Circuit Judges.

PER CURIAM: *

Kimberly Simon appeals the district court's grant of summary judgment to Schlumberger Technology Corporation in her action under the Americans with Disabilities Act. Simon asserts that the district court erred in ruling that her accommodation request was untimely and in finding her responsible for the breakdown of the interactive process. This court has considered this appeal on the basis of the briefs, the pertinent portions of the record, and the applicable law. Having done so, the judgment is affirmed, essentially for the reasons stated in the Memorandum Ruling of the district court.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

